RUSSELL I. GLAZER (SBN 166198)
Email: rglazer@troygould.com
ANNMARIE MORI (SBN 217835)
Email: amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Plaintiffs
Broadcast Music, Inc.; Merjoda Music, Inc.;
Cinderful Music; SONY/ATV Songs LLC; Fall
Out Boy Inc. d/b/a Chicago X Softcore Songs;
McMoore McLesst Publishing

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.;<br>MERJODA MUSIC, INC.;<br>CINDERFUL MUSIC;<br>SONY/ATV SONGS LLC;<br>FALL OUT BOY INC. d/b/a<br>CHICAGO X SOFTCORE SONGS;<br>MCMOORE McLESST PUBLISHING,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VICTORY ENTERTAINMENT, INC.<br>d/b/a V.I.P. SHOWGIRLS and<br>ARSHAVIR KHACHIKIAN,<br>individually,<br><br>　　　　Defendants. | Case No. 2:17-cv-08597-DSF-(PJW)<br><br>ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE<br><br>Assigned to: Hon. Dale S. Fischer<br><br>Complaint Filed: November 28, 2017 |

03202-0063 326406.1

Plaintiffs, Broadcast Music, Inc.; Merjoda Music, Inc.; Cinderful Music; SONY/ATV Songs LLC; Fall Out Boy Inc. d/b/a Chicago X Softcore Songs; McMoore McLesst Publishing (collectively, "Plaintiffs"), and Defendant Arshavir Khachikian, jointly submitted a stipulation re dismissal with prejudice.

Good cause appearing therefor, IT IS HEREBY ORDERED:

(1) The claims and causes of action alleged against Defendant are hereby dismissed WITH PREJUDICE.

(2) The Court will retain jurisdiction to enforce the Settlement Agreement.

IT IS SO ORDERED.

DATED: March 11, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE

03202-0063 326406.1